IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SYTERIA HEPHZIBAH,

    Plaintiff,

v.                                                        4:22cv161–WS/MJF

ANGELA COTE DEMPSEY,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed August 12, 2022. The magistrate judge recommends that Plaintiff's third amended complaint be dismissed as a shotgun pleading and for failure to comply with court orders. Plaintiff has filed objections (ECF No. 12) to the report and recommendation.

Upon review of the record in light of Plaintiff's objections, this court has determined that the report and recommendation should be adopted. Because Plaintiff's third amended complaint remains woefully inadequate, her complaint is

due to be dismissed with prejudice.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's third amended complaint is hereby DISMISSED with prejudice as a shotgun pleading and for failure to comply with court order.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed with prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this   22nd   day of   August  , 2022.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE